David DOWNS, Plaintiff/Appellant,

v.

STATE of Missouri,
Defendant/Respondent.

No. 58700.

Missouri Court of Appeals,
Eastern District,
Division One.

March 12, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 10, 1991.

Application to Transfer Denied
June 11, 1991.

Ellen A. Blau, St. Louis, for plaintiff/appellant.

William L. Webster, Joseph P. Murray, Jefferson City, for defendant/respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief.

On April 21, 1989, pursuant to a plea bargain and defendant's pleas of guilty, movant was sentenced to ten years for possession of heroin, ten years for possession of cocaine, and five years on two counts of forgery, all sentences to run concurrently. In his Rule 24.035 motion, movant alleges his counsel was ineffective "by not contacting and/or calling to testify defense witnesses whose names and addresses [movant] provided to trial counsel" and trial counsel "failed to pursue motions to suppress evidence."

We have reviewed these allegations, the transcripts of his plea of guilty and sentencing, and the findings and conclusions of the motion court. Those findings of fact and conclusions of law are fully supported by the record and are not clearly erroneous. No precedential value would be served by an opinion.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).